## In the Interest of D.D.A.

### JUVENILE OFFICER, Respondent,

v.

### A.M.A., Appellant.

### No. WD 47128.

Missouri Court of Appeals, Western District.

Sept. 21, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 2, 1993.

John E. Franke and John L. Mullen, Franke & Schultz, Kansas City, for appellant.

Kelly J. Moorhouse, Kansas City, Guardian Ad Litem.

Mary A. Marquez, Kansas City, for respondent.

Before TURNAGE, C.J., and ULRICH and SMART, JJ.

### *ORDER*

PER CURIAM:

Mother appeals from termination of parental rights under § 211.447 RSMo 1986 due to neglect and abandonment. The judgment is affirmed. Rule 84.16(b).